UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   ROBIN DOROTHY REES,                              CASE NO.: 6:19-bk-02887-CCJ
                                                          CHAPTER: 13

     Debtor.
_____/

## MOTION FOR REFERRAL TO
## MORTGAGE MODIFICATION MEDIATION

The debtor requests entry of an order referring the debtor and MTGLQ INVESTORS, L.P. C/O SPECIALIZED LOAN SERVICING, LLC, regarding that certain loan ending in 5000, to mortgage modification mediation, and in support state:

1. The debtor filed this Chapter 13 case in an attempt to retain her primary residence.

2. The debtor would like to modify the terms of the mortgage encumbering her primary residence, located at 2535 Cherangela Court, Deland, Florida 32720. The debtor's income would allow her to contribute as much as 31% of her income to payment of her modified mortgage debt.

3. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgages.

4. Debtor will pay the $250.00 mediation cost to the mediator prior to attending any scheduled mediation.

Wherefore, debtor requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

DATED: July 16, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Mediation of Debtor was furnished by U.S. mail or electronic transmission, postage prepaid, to the following:

Specialized Loan Servicing, LLC
8742 Lucent Blvd.
Suite 300
Highlands Ranch, CO 80129

Bonial & Associates, P.C.
Attn: Natalie E. Lea
P.O. Box 9013
Addison, TX 75001

Gavin N. Sterward, Esq.
P.O. Box 5703
Clearwater, FL 33765

Robin Dorothy Rees
2535 Cherangela Court
Deland, FL 32720

Laurie Weatherford
Chapter 13 Trustee
(electronic transmission)

this 16th day of July, 2019.


/s/ Camille Sebreth
CAMILLE SEBRETH, ESQUIRE
FBN: 0051552
4604 Andrus Ave.
Orlando, FL 32804
P: (407) 556-7589
F: (407) 792-5464
E: camilleesquire@yahoo.com